FILED
CLERK, U.S. DISTRICT COURT

JUN - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEND PARTNERSHIP, LTD., | Case No. CV 14-3878 UA |
| Plaintiff, | |
| vs. | ORDER REMANDING ACTION |
| RICHARD MURPHY, | |
| Defendant. | |

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

IT IS SO ORDERED.

DATED: _____, 2014

HON. GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE